1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL TREGLIA,

11              Plaintiff,                    No. CIV S-07-0444 FCD EFB P

12         vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,
14   et al.,

15              Defendants.              ORDER
     _____/
16

17         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

18   *See* 42 U.S.C. § 1983.  On May 22, 2007, the court gave plaintiff 30 days to file a second

19   amended complaint or to submit the papers necessary to serve those defendants against whom he

20   has stated a claim. On June 8, 2007, he requested an extension of time to submit the documents

21   for service because he did not receive a blank summons, copy of the pleading or USM-285 forms

22   or instructions for service as directed in the order.  Also on June 8, 2007, plaintiff filed an

23   amended complaint.  Thus, it is not clear how plaintiff wishes to proceed.  Thus, the court will

24   not deem plaintiff's second amended complaint superseded until it is clear that plaintiff wishes to

25   forgo service of that complaint.

26   /////

1   Accordingly, it hereby is ordered that:

2   1.  The Clerk of the Court hereby is directed to send to plaintiff a blank summons, a copy

3   of the pleading filed April 3, 2007, six USM-285 forms and instructions for service of process as

4   previously directed in paragraph four of the order clause in the May 22, 2007, order.

5   2.  Plaintiff has 30 days from the date of this order to submit the materials for service as

6   previously ordered, whereupon the court will deem the third amended complaint filed June 8,

7   2007, withdrawn.  If he does not, the court will consider plaintiff to have elected to proceed on

8   the third amended complaint filed June 8, 2007.

9   So ordered.

10  Dated:   June 28, 2007.

11

12  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL TREGLIA,

11          Plaintiff,                    No. CIV S-07-0444 FCD EFB P

12      vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,
14   et al.,

15          Defendants.              NOTICE OF SUBMISSION
     _____/       OF DOCUMENTS
16
             Plaintiff hereby submits the following documents in compliance with the court's
17
     order filed _____.
18
             One          completed summons
19
             ____         completed USM-285 forms
20
             ____         copies of the _____
21
                                 Complaint/Amended Complaint
22

23
     DATED:
24

25

26                                       _____
                                         Plaintiff

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26