IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

       Plaintiff,                    No. CIV S-07-0444 FCD EFB P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

       Defendants.               <u>ORDER</u>

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 26, 2007, plaintiff filed a request for an order appointing counsel or, alternatively, directing prison officials to allow him free phone calls to his family so that they can obtain counsel for him. With respect to the request for counsel, district courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case. As to plaintiff's second request, the court sees no basis for making an order directing prison officials to allow plaintiff to make phone calls at no cost. Another, less burdensome alternative is open to plaintiff if he wishes to communicate to people outside of the prison, i.e., the United States mail.

1

1  Accordingly, it is hereby ORDERED that plaintiff's November 26, 2007, requests are
2 denied.
3 DATED: March 24, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE