IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

      Plaintiff,                         No. CIV S-07-0444 FCD EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION, et al.,

      Defendants.              ORDER

/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 26, 2007, plaintiff requested the Clerk of the Court to enter the default of D. Rios.

      Federal Rule of Civil Procedure 55 states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

A party who waives service of process has 60 days from the date the request for waiver was sent to serve an answer. Fed. R. Civ. P. 4(d)(3). Since the court has authorized plaintiff to proceed *in forma pauperis*, service of process must be made by the United States Marshal or some other appointed official at the direction of the court. Fed. R. Civ. P. 4(c)(3). The United States Marshal has not yet served any defendant. Thus, defendant D. Rios is not yet obligated to

1

1 respond to the complaint.

2 Accordingly, it hereby is ORDERED that plaintiff's November 26, 2007, request for
3 default is denied and the Clerk of the Court shall not enter the default of defendant D. Rios.
4 Dated: March 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE